IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01678-ZLW

KAMAL K. K. ROY,

        Plaintiff,

v.

NO NAMED DEFENDANTS,

        Defendant.

---

## ORDER TO CURE DEFICIENCY

---

Weinshienk, Senior Judge

       Plaintiff submitted a Notice of Appeal on August 30, 2010 . The court has determined that

the document is deficient as described in this order. Plaintiff will be directed to cure the following

if he wishes to pursue this appeal.

**(A)**    **Filing Fee**
     _X_    is not submitted

**(B)**    **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
     _X_    is not submitted
     __    is not on proper form (must use the court's current form)
     __    is missing original signature by plaintiff/petitioner on motion
     __    is missing affidavit
     __    affidavit is incomplete
     __    is missing original signature by plaintiff/petitioner on affidavit
     __    affidavit is not notarized or is not properly notarized
     __    other_____

Accordingly, it is

       ORDERED that Plaintiff cure the deficiencies designated above within 30 days from the

date of this order.  Any papers that Plaintiff filed in response to this order must include the civil

action number on this order.  It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy

of this order, an original and one copy of the following forms:  Motion and Affidavit for Leave

to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24.  It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within

thirty (30) days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado, this 3rd day of September, 2010.


BY THE COURT:



Christine M Arguello
CHRISTINE M. ARGUELLO
United States District Judge for
ZITA LEESON WEINSHIENK
Senior Judge, United States District Court